UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN ALLEN PEMBERTON,

                    Petitioner,

     v.

TIM LANG,

                    Respondent.

Case No. C25-5674-RSL

ORDER OF DISMISSAL

Having reviewed the unopposed Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record,[1] the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED with prejudice.

(3)     A certificate of appealability is DENIED.  *See* 28 U.S.C. § 2253(c).

\\

---

[1] This matter was originally noted for consideration on the Court's calendar on January 30, 2026. Petitioner requested an extension of time in which to file objections, which was granted. No response or objections have been filed as of this date.

ORDER OF DISMISSAL - 1

(4)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 2nd day of March, 2026.

*Mr S Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2